**Order entered October 24, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00673-CV

### BRIAN REAUX, Appellant

### V.

### GEORGE ABDOU, Appellee

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. 1-16-0989**

## ORDER

Before the Court is appellant's October 16, 2017 motion for extension of time to file corrected brief.  Appellant seeks an extension of sixty to ninety days so he may retain legal counsel.  We **GRANT** the motion to the extent we **ORDER** appellant's corrected brief be filed no later than December 7, 2017.

/s/     CRAIG STODDART
JUSTICE